IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50081
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ANTHONY EUGENE PRICE,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-95-CA-006
- - - - - - - - - -
September 9, 1996
Before GARWOOD, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Anthony Eugene Price, #16136, appeals the district court's
dismissal of his motion to vacate, set aside, or correct his
sentence pursuant to 28 U.S.C. § 2255.  Price argues the evidence
seized during a border patrol search was obtained as a result of
an unlawful arrest and that the sentencing judge failed to
adequately consider his minor role in the offense.

---

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

We have reviewed the arguments and the record and find no reversible error.  We affirm the order denying the § 2255 motion for essentially the reasons given by the district court.  <u>United States v. Price</u>, No. P-95-CA-006-F (W.D. Tex. Nov. 6, 1995).

AFFIRMED.